

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 2:17-cr-21-DBH |
| v. ) | |
| ) | VIOLATION(S): |
| WILLIE RICHARD MINOR ) | Title 18, U.S. Code, Section 922(g)(9) |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Possession of Firearms by a Person Previously Convicted of a Misdemeanor Crime of Domestic Violence

On about November 27, 2016, in the District of Maine, defendant

### WILLIE RICHARD MINOR

having been convicted of the following misdemeanor crime of domestic violence,

Assault, Class D, in the Maine Superior Court, Auburn, Maine, on June 14, 2010, Docket Number CR-09-1102,

knowingly possessed in and affecting commerce the following firearm, a Lorcin Engineering, model L380, .38 caliber pistol, serial number 347844.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to one Lorcin Engineering, model L380, .38 caliber pistol, serial number 347844.

A TRUE BILL,

Signature Redacted. Original on file with clerk's office

_____
GRAND JURY FOREPERSON

_____
Assistant United States Attorney

Dated: ___2.8.17___