UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
)
v. ) CRIMINAL NO. 2:17-CR-21-DBH
)
WILLIE RICHARD MINOR, )
)
DEFENDANT )

**ORDER ON MOTION TO DISMISS SUPERSEDING INDICTMENT**

The defendant has moved to dismiss the Superseding Indictment that charges him with unlawfully possessing a firearm. He complains that it does not allege that he *knew he was prohibited* from possessing a firearm. The Superseding Indictment does allege that the defendant "knew that he had been previously convicted of [a specified] misdemeanor crime of domestic violence," what the First Circuit calls the "scienter-of-status element," United States v. Burghardt, 2019 WL 4877427, at *1 (1st Cir. Oct. 3, 2019), that Rehaif v. United States, 139 S. Ct. 2191 (2019), recently imposed.

The defendant argues that the "plain import of the Rehaif decision requires the Government to prove that the Defendant had knowledge that he was barred under Federal Law from possessing a firearm." Def.'s Mot. at 2. But Rehaif nowhere reaches that conclusion; instead, the case refers only to proof of status:

> We hold that the word "knowingly" applies both to the defendant's conduct and to the defendant's status. To convict a defendant, the Government therefore must show that the defendant knew he possessed a firearm and also

> that he knew he had the relevant status [in <u>Rehaif</u>, that he
> was an illegal alien] when he possessed it.

139 S. Ct. at 2194.  The defendant says that any interpretation of <u>Rehaif</u> other than his (*i.e.,* that the government must prove that he knew federal law barred him from possessing a firearm) "will require an evidentiary balancing act that, at least in this case, will prove impossible to maintain."  Def.'s Mot. at 1.  We will confront any evidentiary challenges at trial, but that argument does not make the Superseding Indictment insufficient. The Superseding Indictment alleges the necessary elements as defined by <u>Rehaif</u>.

The defendant's motion to dismiss the Superseding Indictment is **DENIED**.

**SO ORDERED.**

**DATED THIS 17TH DAY OF OCTOBER, 2019**

<u>/S/D. BROCK HORNBY</u>
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**
