# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CRIMINAL NO. 2:17-CR-21-DBH** |
| **WILLIE RICHARD MINOR,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER ON MOTION FOR SENTENCING VIA VIDEO

The defendant has moved to conduct his sentencing by videoconference. The government does not object.

As I said in United States v. Fagan:

> Federal Criminal Rule 43 requires that a defendant be present in person to plead guilty to a felony and be sentenced. Fed. R. Crim. P. 43(a) ("the defendant must be present"); United States v. Bethea, 888 F.3d 864, 866-67 (7th Cir. 2018) (the in-person requirement is not waivable). During the COVID-19 pandemic, however, Congress has authorized federal judges to take a felony guilty plea and sentence by video or teleconference if the defendant consents after consulting counsel, and if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." [Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, § 15002(b)(2)(A), (b)(4), 134 Stat. 281, 528-29 (2020).][1] To date, judges in this District have used that emergency authority to take felony guilty pleas and sentence defendants by telephone or videoconference when the parties have recommended "time served" sentences.

---

[1] Other CARES Act requirements are satisfied by Judicial Conference findings and the Chief Judge's Order in this District. At the hearing, I will inquire of the defendant whether he has consulted with counsel and consents to waiving an in-person sentencing.

<u>United States v. Fagan</u>, No. 2:19-cr-123-DBH, 2020 WL 2850225, at *1 (D. Me. June 2, 2020).

In this case, all sentencing issues have been resolved by agreement, and both parties seek a sentence of time served. For those specific reasons, I find that sentencing cannot be further delayed in this case without serious harm to the interests of justice. The motion is **GRANTED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF AUGUST, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**